## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH FACEBOOK ACCOUNT 100079178271142 THAT IS STORED AT PREMISES CONTROLLED BY META PLATFORMS, INC. | No.  1:24-mj-00031-JCN<br><br>**FILED UNDER SEAL** |

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Nicholas Rich, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.     I make this affidavit in support of an application for a search warrant for information associated with a certain Facebook account that is stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc. ("Meta"), a company headquartered in Menlo Park, California.  The information to be searched is described in the following paragraphs and in Attachment A.  This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Meta to disclose to the government records and other information in its possession, pertaining to the subscriber or customer associated with the account.

2.     I am a Special Agent with the U.S. Drug Enforcement Administration ("DEA") and have been since February of 2008.  I am presently assigned to the Bangor, Maine, office and have received extensive training pertaining to narcotic investigations and the investigation of various crimes which arise from drug trafficking activities. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(c).  As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the

United States. During my employment with DEA, I have participated in numerous investigations relating to the distribution of controlled substances, including cocaine, heroin, fentanyl, methamphetamine, diverted pharmaceuticals, and other substances in violation of the federal anti-drug laws, including Title 21, United States Code, Sections 841 and 846. I have conducted or participated in, among other things, surveillance, the execution of search and arrest warrants, debriefings of informants and confidential sources, and reviews of recorded conversations relating to narcotics trafficking. I have authored drug-related search warrant requests and successfully executed such warrants resulting in the seizure of drugs and other contraband, including firearms. I have also assisted in the execution of numerous drug-related search and arrest warrants. I have received extensive training in the field of narcotics enforcement and investigations. I am very familiar with the habits, methods, routines, practices, and procedures commonly employed by persons engaged in the trafficking of illegal drugs, including the use of the internet, internet platforms, applications, and cellular telephones to facilitate those activities.

3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to provide the facts necessary for a determination of probable cause for the requested warrant.

4.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of federal law, to include 21 U.S.C. § 841(a)(1), 21 U.S.C. § 846, and 21 U.S.C. § 843(b) have been committed by one

or more persons. There is also probable cause to search the information described in Attachment A for evidence of these crimes, as described in Attachment B.

## PROBABLE CAUSE

5.      The DEA, together with partner agencies, has been investigating the Facebook account described in Attachment A (described for purposes of this affidavit as the "Leon Leon Account") as being involved in the distribution of illegal controlled substances in the Bangor region.

### *Identification of Leon Leon Facebook Account*

6.      In August of 2023, the DEA began to receive information about the Leon Leon Account as being an account utilized by one or more out-of-state suppliers of illegal controlled substances. At the end of August 2023, I conducted an interview with Jane Doe 1, who was in custody on state drug charges at the time.[1] Jane Doe 1 stated she was a user of both methamphetamine and fentanyl and that she knew several sources for illegal drugs in the Bangor area. Jane Doe 1 identified the Leon Leon Account as being an account used by an unknown Hispanic male who she knew to go by "Jose." She reported this male would travel to Maine twice per week to deliver drugs. Jane Doe 1 stated she had purchased drugs from this individual, and that he supplied multiple colors of fentanyl. She also identified other customers of the Leon Leon Account in the Bangor area.[2]

---

[1] Jane Doe 1 has a prior criminal history that includes a conviction for Battery, as well as a pending Maine State charge of Aggravated Trafficking in drugs.

[2] On November 15, 2023, agents with the Maine Drug Enforcement Administration ("MDEA"), working with a MDEA source, conducted a controlled purchase of suspected fentanyl from three

3

7.      In September of 2023, the DEA interviewed an individual who would later be signed up to work with the DEA as a source (hereinafter "CHS1").[3] In October of 2023, CHS1 described the Leon Leon Account as being utilized by an individual who supplied multiple local Bangor-area drug distributors with illegal drugs. CHS1 stated that Andrew Blais—who had previously been arrested by the Bangor Police Department earlier in October of 2023 in possession of multiple small baggies of fentanyl powder— had been supplied with drugs via the Leon Leon Account. CHS1 stated they knew this because CHS1 had spoken with Blais' girlfriend about Blais' conduct.

8.      At the DEA's request, CHS1 contacted the Leon Leon Account in early November of 2023 and, during the month of November, had multiple communications with the account regarding arranging for the purchase of drugs from the Leon Leon Account. For example, on November 4, 2023, CHS1 had the following exchange with the Leon Leon Account:

CHS1: Are you around soon?

Leon Leon: Monday

---

individuals, one of whom had been identified by Jane Doe 1 as a customer of the Leon Leon Account.

[3] CHS1 was facing drug-related charges with the State of Maine at the time. In a September of 2023 interview with CHS1 they identified a number of drug traffickers in the Bangor area and did not identify information about the Leon Leon Account. CHS1 has a criminal history that includes convictions for unlawful possession of cocaine, aggravated trafficking in drugs, and theft. CHS1 is an admitted addict of cocaine base. After CHS1 began working with the DEA, CHS1 was terminated from further work in January of 2024 following their arrest in Ohio. In January of 2024, CHSI traveled to Ohio and was arrested during a traffic stop in Ohio. CHSI was accompanied by two criminal associates on that date, and was found in possession of drugs. This activity was not approved by the DEA. CHSI was subsequently charged with possession of the drugs and violation of conditions of release. This event occurred after the other events involving CHS1 described herein.

CHS1: Perfect. You will have stuff for me?

Leon Leon: I go every Monday to take merchandise and I spent all the Fridays to collect money.

9.      Based on my training and experience, and an interpretation of the above exchange in light of the other messages between CHS1 and the Leon Leon Account, I believe the user of the Leon Leon Account indicated they would be able to bring controlled substances to the Bangor area on Mondays and that they collect money for doing so on Fridays.

10.     On Sunday, November 24, 2023, the Leon Leon Account messaged CHS1 "Readdy Tomorrow." Based on my training and experience and interpretation based on the context of this message, I believe the user of the Leon Leon Account was informing CHS1 that they would have drugs available to distribute on Monday November 25, 2023.[4]

*John Doe 1 and the 4573 Phone Number for Leon*

11.     On November 21, 2023, agents with MDEA, working with a MDEA source, conducted a controlled purchase of suspected fentanyl at the residence of Jane Doe 2 and John Doe 1 in Alton, Maine. On November 28, 2023, John Doe 1 was arrested by MDEA agents for drug charges and interviewed. He reported that a Dominican male he knew as "Leon" was his fentanyl supplier. He stated he had been buying from Leon for several months. He stated Leon distributes drugs using the Leon Leon Account. He

---

[4] CHS1 was not able to facilitate a controlled purchase of evidence from "Leon Leon" during this investigation.  As explained above, CHS1 was arrested in January of 2024 in Sandusky, OH for unlawful possession of schedule drugs and violations of conditions of release.  CHS1 is no longer an active DEA confidential source.

provided a physical description of Leon and said Leon has tattoos on his neck and arms. John Doe 1 stated it was always the same male who delivered drugs to him, although other people would be present with Leon for transactions. John Doe 1 reported that Leon would frequently be seen in a red Ford SUV. He reported that on multiple occasions Leon would arrive in that vehicle, John Doe 1 would get into the vehicle and receive drugs from Leon, and that there would be a female driver and another male in the vehicle. John Doe 1 reported seeing Leon with thousands of grams of what he believed to be fentanyl. John Doe 1 reported he had first contacted Leon via the Leon Leon Account, after having been introduced by another customer of Leon.

12.    John Doe 1 provided a phone number (857-693-4573) (hereinafter "the 4573 number") that he reported using most recently to communicate with Leon. He also identified prior numbers that Leon had used to communicate with him. He explained that he had used Facebook to message with Leon initially at the Leon Leon Account, but had then switched to using text messaging.

13.    John Doe 1 allowed agents to review his phone, which showed messaging with the 4573 number between October 10, 2023, and November 28, 2023. Based on my training and experience, and based on my interpretation of these messages, the messages involved multiple purchases of fentanyl by John Doe 1 from the user of the 4573 number and messaging regarding payment for those purchases.

14.    For example, on October 10, 2023, the 4573 number (stored as "Leon" in John Doe 1's phone), messaged John Doe 1: "Hello / bro . . . I'm Leon, the one from Facebook, brother, how are you, brother? / This is my new number." The following day,

the 4573 number messaged John Doe 1: "Brother, when will you be ready to make money, brother?"

15.     By way of another example, on November 11, 2023, John Doe 1 had the following exchange:

John Doe 1:  Hey do you have any soft or hard?

4573: I have coke but you know that coke brother is with money because it's expensive.

John Doe 1: Ok I was just curious. I have people ask me all the time so I figured I'd check.

4573: I understand if brother I have all that brother.

John Doe 1: How much do you get for it?

4573: A ounce 1400 pure brother

16.     On November 15, 2023, the 4573 number wrote John Doe 1: "OK, brother, you're going to want the same thing, oh, you're going to want 150 gram." On November 20, 2023, there was the following exchange:

4573: Ready bro / You

John Doe 1: Yeah I'm ready

4573: Ok bro

John Doe 1: Just let me know when you're a few minutes away and I'll be down by the road.

4573: Ok bro

17.     Based on my training and experience, these conversations are examples of conversations discussing drug transactions using slang words for controlled substances, such as coke, soft, and hard.

*John Doe 2 Information*

18.     Toll records were obtained for the 4573 number from T-Mobile. Among the phone's most frequent contacts were Jane Doe 3 and John Doe 2. Jane Doe 3 and John Doe 2 were arrested for possession of suspected fentanyl on December 3, 2023, in Bangor. Following this arrest, John Doe 2 was interviewed. He stated that the Leon Leon Account was used by two Dominican males to distribute fentanyl in Maine. He stated the two males are "twins." He described purchasing fentanyl from these males every week for approximately six months, at approximately 30-40 grams at a time.

*December 2023 Surveillance & Identification of Leon*

19.     Agents were contacted on December 18, 2023, by CHS1. CHS1 reported they were in a hotel room with Dominican male drug traffickers associated with the Leon Leon Account.[5] Agents established surveillance while CHS1 was still inside the hotel. CHS1 was observed exiting the hotel with two Hispanic males and entering a pickup truck, which traveled to a residence in Bangor. CHS1 and the males entered that residence. While at that location, CHS1 texted law enforcement to the effect that the

_____

[5] CHS1 would later explain they had been staying at a particular hotel room, which was rented by a female acquaintance of CHS1 who was also associated with Andrew Blais. CHS1 further reported that the renter had allowed several Dominican males to use the hotel room on December 17, 2023. CHS1 stated they had not stayed with the Dominican males, but rather went to the hotel room on December 18, 2023, to retrieve personal belongings and at that point found two of the Dominican males were still there. At that point, CHS1 later explained, CHS1 contacted law enforcement.

occupants of the residence had observed law enforcement conducting surveillance. Shortly afterwards, another vehicle arrived at the residence and four Hispanic males were seen exiting the residence, entering that vehicle, and returning to the hotel, where they then entered a Red Ford Explorer and drove away.

20.     In a follow-up interview about this event, CHS1 explained that when they arrived to collect personal belongings at the hotel room, two males were present and had asked CHS1 and another female to drive them to the Bangor residence. There, CHS1 had gone inside the residence and observed two additional Dominican males, as well as what CHS1 believed to be fentanyl. CHS1 identified one of the four males as Leon and identified a photograph on the Leon Leon Account as being a photograph of the same male.

21.     On January 18, 2024, a photograph from the Leon Leon Account—of the same male CHS1 had identified as Leon—was provided to Detective Brian Ball of the Boston Police Department. Detective Ball reviewed Boston Police Department records and identified the photograph as likely being a male named Alexis Mariano De Leon, who currently resides in Boston. Detective Ball also identified another Facebook page for the same individual, under the name "Alexis De Leon." A special agent with Homeland Security Investigations identified records showing Alexis Mariano De Leon had been removed from the United States to the Dominican Republic in 2021.

*John Doe 3 Arrest and Information*

22.     On January 23, 2024, I accompanied officers with other agencies, including Maine State Probation and MDEA, on a probation check of John Doe 3 in

9

Bangor, Maine, at the residence he had registered with his probation officer.[6] Doe 3 was present at the time of our arrival. His residence was ultimately searched pursuant to his probation conditions. Concealed in the ceiling of the residence's bathroom, officers found what appeared to be a scale, drug use paraphernalia, and a bag safe, which was opened with a combination provided by John Doe 3. Inside the bag were multiple individually packaged bags of suspected fentanyl, and also suspected methamphetamine. Another safe was located in the residence's living room area. That safe was also opened with a combination that John Doe 3 provided. Inside were several more containers of powder that appeared similar to the suspected fentanyl found in the bag safe.

23.    On January 25, 2024, I received information that John Doe 3 had asked to speak to investigators. On January 26, 2024, myself and MDEA Agent Gastia met with John Doe 3 at the Penobscot County Jail. John Doe 3 identified a male known as Leon as the source of the controlled substances seized from John Doe 3's residence. He further described making multiple purchases of fentanyl from Leon in the months leading up to his arrest. He described communicating with Leon via the Leon Leon Account, and also the 4573 phone number. He could not recall exactly when his last communication had been via the Leon Leon Account, but described it as happening recently.

---

[6] John Doe 3 was on state supervision for a felony conviction at the time. He has a significant prior criminal history, to include prior felony convictions for burglary and manufacturing methamphetamine.

24.     During the search of John Doe 3's residence, two cellular phones were seized. One was in his hand at the time officers made entry to the residence, and the second was found inside a pair of jeans along with John Doe 3's wallet. A search warrant was obtained for these devices and they were reviewed pursuant to that search warrant. In one of John Doe 3's phones, agents discovered numerous text messages between Leon's 4573 number and John Doe 3 discussing the distribution of fentanyl.  On January 24, 2024, the 4573 phone number sent a series of text messages to John Doe 3 stating that he (the 4573 number) was in Bangor, Maine. On January 25, 2024, the 4573 number sent a final text message to John Doe 3 stating that he would contact John Doe 3 the following day from a new phone number.

25.     Between January 26, 2024, through January 29, 2024, John Doe 3's phone received multiple incoming calls from a phone number that appeared to be a new contact and was identified as 917-963-3689 (hereinafter the 3689 number). On January 29, 2024, the 3689 number sent a text message to John Doe 3 stating: "bro."

26.     In addition to text communications, Agents also found numerous Facebook Messenger messages between the Leon Leon Account and John Doe 3's Facebook account.  Messages were sent and received between December 28, 2023 through January 14, 2024, and, in my training and experience and based on an interpretation of the messaging as a whole, they discussed the sale of fentanyl.

27.     For example, on December 28, 2023, the Leon Leon Account and John Doe 3 had the following exchange:

> Leon Leon: No brother, what I'm telling you to let me know when I'm ready for Monday to take the brown you like.

Leon Leon: Yes, brother, try to get me all the money that he owed me old and the time.  I have to pay an invoice.

John Doe 3: Ok

28.     On December 30, 2023, this conversation continued, based on my interpretation, to discuss the purchase and distribution of fentanyl:

John Doe 3: Hey bud, I'm only asking this because of the reviews I'm getting, do you not have the same supplier anymore?  Cause it seems like every shipment is different.  The original stuff I was getting off you everyone loved.  Then the colored stuff was ok at first then went to shit.  The shipment of white no one likes at all but the tan stuff that came with it is a huge hit, everyone wants more of that, and the last stuff, the darker brown stuff, it's a hit or a miss.  I;ve had people tell me they get nothing from it.  That's the only part that sucks about not doing the stuff, is I have to take other people's word on how it is, but right now everyone is not liking the current brown.

Leon Leon: Brother, I have the brown that you like, brother, I'll bring the brown that you and that your people like, brother.

John Doe 3: It's not that I like it but, I don't use.  I'm sober.  But others like it.

Leon Leon: All right, brother, let me know how much money you have for Monday, brother, to take the brown you like.

John Doe 3: At least 1000

Leon Leon: Ok bro

29.     I know John Doe 3 was arrested in possession of several different kinds and colors of fentanyl.  I believe the above conversation shows that Leon was distributing white, brown, and purple colored fentanyl to John Doe 3.

30.     On January 1, 2024, Leon Facebook Messaged John Doe 3, based on my training and experience and interpretation, to coordinate the delivery of fentanyl.  The conversation was as follows:

Leon Leon: Brother, I'm on my way, brother 4 minutes, brother.

John Doe 3: "thumbs up emoji"

Leon Leon: Here, bro

John Doe 3: "thumbs up emoji"

Leon Leon: Brother, how much money did you give me? Did you give me that I had 1500?

John Doe 3: 12

Leon Leon: 1200

John Doe 3: "thumbs up emoji", I said yesterday is have 12-1500 by today, well most of yesterday I was sleeping sick so didn't end up making anymore plays.

Leon Leon: ok bro, I'll take you 100 for the next 2,000.

31.     On January 14, 2024, the Leon Leon Account and John Doe 3 conversed in their last Facebook message before John Doe 3's arrest.  The conversation was as follows:

John Doe 3: hey bud my phone's out of service till I go pay for it.  You still coming?

Leon Leon: Ok bro, ready

13

John Doe 3: Ya

Leon Leon: I'm on my way, brother, to where it is, brother.  I'm on my way.

John Doe 3: The same place as always, 68 Division St bangor.

Leon Leon: ok bro

John Doe 3: "thumbs up emoji"

Leon Leon: Here bro.

John Doe 3: K

32.     As previously stated, John Doe 3 told me that Leon regularly utilized both Facebook Messenger and text messages to facilitate the distribution of fentanyl.  I believe the above Facebook Messenger conversations between Leon and John Doe 3 show that Leon did in fact use the "Leon Leon" Facebook account to facilitate the distribution of bulk quantities of fentanyl to John Doe 3.  I know that other cooperating defendants have also stated that the Leon Leon Facebook account was used to both initiate contact with customers as well as to facilitate drug transactions.  I further believe there are likely multiple unidentified customers in Maine who also communicate with Leon through Facebook Messenger in furtherance of the distribution of fentanyl.

*Facebook Preservation Request*

33.     Based on my training and experience and the facts gained in this investigation, I believe the Leon Leon Account has and is being utilized in furtherance of trafficking drugs to and within Maine. On January 31, 2024, DEA issued a preservation request to Meta/Facebook for the Leon Leon Account for the prior six-month period. I also noted via the publicly viewable information about the Leon Leon Account that the account appears to remain active. I know that it is common for those involved in drug

14

trafficking activities to utilize platforms such as Facebook to communicate with customers regarding drug transactions.

## FACEBOOK

34.     Meta owns and operates Facebook, a free-access social networking website that can be accessed at http://www.facebook.com.  Facebook users can use their accounts to share communications, news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

35.     Meta asks Facebook users to provide basic contact and personal identifying information either during the registration process or thereafter.  This information may include the user's full name, birth date, gender, e-mail addresseses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.  Each Facebook user is assigned a user identification number and can choose a username.

36.     Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network.  Facebook assigns a group identification number to each group.  A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request."  If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other.  Each Facebook user's account includes a list of that user's "Friends" and a "News Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

15

37.     Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts.  By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook users, or to anyone with access to the Internet, including people who are not Facebook users.  A Facebook user can also create "lists" of Facebook friends to facilitate the application of these privacy settings.  Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

38.     Facebook users can create profiles that include photographs, lists of personal interests, and other information.  Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet.  Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list.  In addition, Facebook users can "check in" to particular locations or add their geographic locations to their Facebook posts, thereby revealing their geographic locations at particular dates and times.  A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

39.     Facebook users can upload photos and videos to be posted on their Wall, included in chats, or for other purposes.  Users can "tag" other users in a photo or video, and can be tagged by others.  When a user is tagged in a photo or video, he or she generally receives a notification of the tag and a link to see the photo or video.

16

40.     Facebook users can use Facebook Messenger to communicate with other users via text, voice, video.  Meta retains instant messages and certain other shared Messenger content unless deleted by the user, and also retains transactional records related to voice and video chats on the date of each call.  Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile.

41.     If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account.

42.     Facebook has a "like" feature that allows users to give positive feedback or connect to particular pages.  Facebook users can "like" Facebook posts or updates, as well as webpages or content on third-party (*i.e.*, non-Facebook) websites.  Facebook users can also become "fans" of particular Facebook pages.

43.     Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

44.     Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present. The activity log includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" a Facebook page or adding someone as a friend.  The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

45.     Facebook also has a Marketplace feature, which allows users to post free classified ads.  Users can post items for sale, housing, jobs, and other items on the Marketplace.

46.     In addition to the applications described above, Meta provides users with access to thousands of other applications ("apps") on the Facebook platform.  When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

47.     Meta also retains records of which IP addresses were used by an account to log into or out of Facebook, as well as IP address used to take certain actions on the platform.  For example, when a user uploads a photo, the user's IP address is retained by Meta along with a timestamp.

48.     Meta retains location information associated with Facebook users under some circumstances, such as if a user enables "Location History," "checks-in" to an event, or tags a post with a location.

49.     Social networking providers like Meta typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number).  In some cases, Facebook users may communicate directly with Meta about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users.  Social networking providers like Meta typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

50.     As explained herein, information stored in connection with a Facebook account may provide crucial evidence of the "who, what, why, when, where, and how" of

the criminal conduct under investigation, thus enabling the United States to establish

and prove each element or alternatively, to exclude the innocent from further suspicion.

In my training and experience, a Facebook user's IP log, stored electronic

communications, and other data retained by Meta, can indicate who has used or

controlled the Facebook account.  This "user attribution" evidence is analogous to the

search for "indicia of occupancy" while executing a search warrant at a residence.  For

example, profile contact information, private messaging logs, status updates, and tagged

photos (and the data associated with the foregoing, such as date and time) may be

evidence of who used or controlled the Facebook account at a relevant time.  Further,

Facebook account activity can show how and when the account was accessed or used.

For example, as described herein, Meta logs the Internet Protocol (IP) addresses from

which users access their accounts along with the time and date.  By determining the

physical location associated with the logged IP addresses, investigators can understand

the chronological and geographic context of the account access and use relating to the

crime under investigation.  Such information allows investigators to understand the

geographic and chronological context of Facebook access, use, and events relating to the

crime under investigation.  Additionally, location information retained by Meta may

tend to either inculpate or exculpate the Facebook account owner.  Last, Facebook

account activity may provide relevant insight into the Facebook account owner's state of

mind as it relates to the offense under investigation.  For example, information on the

Facebook account may indicate the owner's motive and intent to commit a crime (e.g.,

information indicating a plan to commit a crime), or consciousness of guilt (e.g.,

deleting account information in an effort to conceal evidence from law enforcement).

19

51.     Therefore, the servers of Meta are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, transaction information, and other account information.

**INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED**

52.     I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Meta to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B.  Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

**CONCLUSION**

53.     Based on the foregoing, I request that the Court issue the proposed search warrant.

54.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.  The government will execute this warrant by serving it on Meta.  Because the warrant will be served on Meta, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

//

//

//

55.     This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711.  18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A).  Specifically, the Court is "a district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

Respectfully submitted,

Nicholas Rich
Special Agent
Drug Enforcement Administration

Sworn to telephonically and signed
electronically in accordance with the
requirements of Rule 4.1 of the Federal Rules
of Criminal Procedure

Date: Feb 07 2024

City and state: Bangor, ME

Judge's signature

John C. Nivison U.S. Magistrate Judge
Printed name and title